**Order entered January 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01126-CV

### CITIMORTGAGE, INC., Appellant

### V.

### ERIC SCZEPANIK AND ALL OTHER OCCUPANTS, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-08775-A**

## ORDER

Before the Court is appellee's January 14, 2013 unopposed second motion to extend time to file appellee's brief. We **GRANT** appellee's motion. Appellee's brief shall be filed on or before January 28, 2013.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE